# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JAMES A. HOLMQUIST and SCOTT A. WHITE, | ) ) ) | |
| Plaintiff(s), | ) ) | 2:07-cv-0298-RLH-GWF |
| vs. | ) ) | **O R D E R** |
| EXOTIC CARS AT CAESARS PALACE, LLC, and RICHARD WEISMAN, | ) ) ) | |
| Defendant(s). | ) ) | |
| _____ | ) | |

Before this Court is the Findings and Recommendation of United States Magistrate Judge (#109, filed August 29, 2008), by the Honorable George W. Foley, regarding Plaintiffs's Motion to Strike Answer of Defendant Weisman for Failure to Obey the Court's May 1, 2008, Discovery Order (#97). No objection was filed to Magistrate Judge Foley's Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendation of Magistrate Judge Foley should be accepted and adopted.

/ / / /

/ / / /

1

1      IT IS THEREFORE ORDERED that Magistrate Judge's Findings and Recommenda-

2    tion (#109) is ACCEPTED and ADOPTED and  Plaintiffs's Motion to Strike Answer of Defendant

3    Weisman for Failure to Obey the Court's May 1, 2008, Discovery Order (#97) is GRANTED.

4          IT IS FURTHER ORDERED that Defendant Weisman's Answer is hereby stricken

5    and the Clerk of Court is directed to enter a Default against said defendant.

6

7          Dated:   September 29, 2008.

8

9    _____

        **ROGER L. HUNT**

10       **Chief U.S. District Judge**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2