ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
ROBERT W. LINDER, ESQ.
Nevada Bar No.
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
**Attorney for Defendant**
*RICHARD L. WEISMAN*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| JAMES A. HOLMQUIST AND SCOTT A. WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>EXOTIC CARS AT CAESARS PALACE, LLC, A NEVADA LIMITED LIABILITY COMPANY AND RICHARD L. WEISMAN, INDIVIDUALLY,<br><br>Defendants. | Case No.  2:07-cv-00298 RLH (GWF)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO ARREST DEFENDANT/JUDGMENT DEBTOR RICHARD L. WEISMAN**<br>**(First Request)** |

COMES NOW Plaintiffs, JAMES A. HOLMQUIST and SCOTT A. WHITE and Defendant RICHARD L. WEISMAN, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On July 3, 2017, Plaintiffs filed a Motion to Enforce Judgment to Arrest Richard Weisman herein [ECF #176]. Defendant's response to said Motion is due on July 20, 2017. (July 17 + 3 days for mailing).

2. Due to having been recently retained, Defendant's counsel has been unable to properly evaluate and respond to Plaintiff's Motion.

3. Defendant RICHARD WEISMAN shall have an additional period of time until and including July 31, 2017, in which to file a Response to Plaintiff's Motion to Enforce Judgment.

4. This Stipulation is made in good faith and not for purposes of delay.

Dated this __20th__ day of July, 2017.

ROGER P. CROTEAU & ASSOCIATES, LTD.        MARQUIS AURBACH COFFING

/s/ *Roger P. Croteau*
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
*Attorney for Defendant*
*Richard Weisman*

/s/ *Jason M. Gerber*
JASON M. GERBER, ESQ.
Nevada Bar No. 9812
10001 Park Run Drive
Las Vegas, Nevada 89145
702-634-5000
*Attorney for Plaintiffs*
*Holmquist and White*

PERRY & PERRY

/s/ *Shawn M. Perry*
SHAWN M. PERRY, ESQ. (pro hac vice)
Minnesota Bar No. 185000
Parkdale Plaza, Suite 336
1660 Highway 100 South
Minneapolis, MN 55416
952-546-3845
*Attorney for Plaintiffs*
*Holmquist and White*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATE: __July 21, 2017__

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___20th___ day of July, 2017, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO ENFORCE JUDGMENT** to the following parties:

| | |
|---|---|
| MARQUIS AURBACH COFFING<br>JASON M. GERBER, ESQ.<br>Nevada Bar No. 9812<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>702-634-5000<br>*Attorney for Plaintiffs*<br>*Holmquist and White* | PERRY & PERRY<br>SHAWN M. PERRY, ESQ. (pro hac vice)<br>Minnesota Bar No. 185000<br>Parkdale Plaza, Suite 336<br>1660 Highway 100 South<br>Minneapolis, MN 55416<br>952-546-3845<br>*Attorney for Plaintiffs*<br>*Holmquist and White* |

/s/ *Mindy B. Keck*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148
Telephone: (702) 254-7775 • Facsimile (702) 228-7719