# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES A. HOLMQUIST and SCOTT A. WHITE,<br><br>  Plaintiffs,<br><br>vs.<br><br>EXOTIC CARS AT CAESARS PALACE, LLC, and RICHARD L. WEISMAN,<br><br>  Defendants. | Case No. 2:07-cv-00298-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on James M. Gerber, Esq. and Shawn M. Perry, Esq.'s Motion to Remove Attorney from Electronic Service List (ECF No. 184), filed on July 26, 2017.

James M. Gerber, Esq. and Shawn M. Perry, Esq. represent that David A. Colvin, Esq. is no longer associated with the law firm of Perry & Perry, PLLP, and therefore request that he be removed from the electronic service list. The movants substantially establish good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that James M. Gerber, Esq. and Shawn M. Perry, Esq.'s Motion to Remove Attorney from Electronic Service List (ECF No. 184) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove David A. Colvin, Esq. from the CM/ECF service list in this case.

DATED this 28th day of July, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge