ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
ROBERT W. LINDER, ESQ.
Nevada Bar No.
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
**Attorney for Defendant
RICHARD L. WEISMAN**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JAMES A. HOLMQUIST AND SCOTT A. WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>EXOTIC CARS AT CAESARS PALACE, LLC, A NEVADA LIMITED LIABILITY COMPANY AND RICHARD L. WEISMAN, INDIVIDUALLY,<br><br>Defendants. | Case No. 2:07-cv-00298 RLH (GWF)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO ARREST DEFENDANT/JUDGMENT DEBTOR RICHARD L. WEISMAN**<br>(Second Request) |

COMES NOW Plaintiffs, JAMES A. HOLMQUIST and SCOTT A. WHITE and Defendant RICHARD L. WEISMAN, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On July 3, 2017, Plaintiffs filed a Motion to Enforce Judgment to Arrest Richard Weisman herein [ECF #176]. Defendant's response to said Motion is due on July 20, 2017. (July 17 + 3 days for mailing).

2. Due to having been recently retained, Defendant's counsel has been unable to properly evaluate and respond to Plaintiff's Motion.

/ / /

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

3. Defendant's counsel needs additional time to obtain client input due to the extensive nature of the facts and the attached fifty-one (51) exhibits comprising well in excess of one thousand (1000) pages.

4. Defendant RICHARD WEISMAN shall have an additional period of time until and including August 4, 2017, in which to file a Response to Plaintiff's Motion to Enforce Judgment.

5. Plaintiffs reply brief will be due on August 14, 2017.

6. This Stipulation is made in good faith and not for purposes of delay.

Dated this  2nd  day of August, 2017.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Roger P. Croteau*
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
*Attorney for Defendant
Richard Weisman*

MARQUIS AURBACH COFFING

/s/ *Jason M. Gerber*
JASON M. GERBER, ESQ.
Nevada Bar No. 9812
10001 Park Run Drive
Las Vegas, Nevada 89145
702-382-0711
*Attorney for Plaintiffs
Holmquist and White*

PERRY & PERRY

/s/ *Shawn M. Perry*
SHAWN M. PERRY, ESQ. (pro hac vice)
Minnesota Bar No. 185000
Parkdale Plaza, Suite 336
1660 Highway 100 South
Minneapolis, MN 55416
952-546-3845
*Attorney for Plaintiffs
Holmquist and White*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 9th day of August, 2017.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __2nd__ day of August, 2017, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO ENFORCE JUDGMENT** to the following parties:

| | |
|---|---|
| MARQUIS AURBACH COFFING<br>JASON M. GERBER, ESQ.<br>Nevada Bar No. 9812<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>702-382-0711<br>***Attorney for Plaintiffs***<br>***Holmquist and White*** | PERRY & PERRY<br>SHAWN M. PERRY, ESQ. (pro hac vice)<br>Minnesota Bar No. 185000<br>Parkdale Plaza, Suite 336<br>1660 Highway 100 South<br>Minneapolis, MN 55416<br>952-546-3845<br>***Attorney for Plaintiffs***<br>***Holmquist and White*** |

/s/ *Kristi Hewes*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.