1  ROGER P. CROTEAU, ESQ.
   Nevada Bar No. 4958
2  ROBERT W. LINDER, ESQ.
   Nevada Bar No.
3  ROGER P. CROTEAU & ASSOCIATES, LTD.
   9120 West Post Road, Suite 100
4  Las Vegas, Nevada 89148
   (702) 254-7775
5  (702) 228-7719 (facsimile)
   croteaulaw@croteaulaw.com
6  **Attorney for Defendant**
   ***RICHARD L. WEISMAN***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JAMES A. HOLMQUIST AND SCOTT A. WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>EXOTIC CARS AT CAESARS PALACE, LLC, A NEVADA LIMITED LIABILITY COMPANY AND RICHARD L. WEISMAN, INDIVIDUALLY,<br><br>Defendants. | Case No. 2:07-cv-00298 RLH (GWF)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE SIMULTANEOUS BRIEFS**<br>**(First Request)** |

COMES NOW Plaintiffs, JAMES A. HOLMQUIST and SCOTT A. WHITE and Defendant RICHARD L. WEISMAN, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On October 17, 2017, an Order was entered on Plaintiffs' Motion to Arrest Defendant/Judgment Debtor Richard L. Weisman Pursuant to NRS §31.470, et seq. [ECF #196], in which the Court ordered the parties to file simultaneous briefs addressing several issues on October 31, 2017.

Page 1 of 3

2. Due to the complexities of the issues, both parties have agreed to an additional period of time until and including November 1, 2017, in which to file simultaneous briefs.

3. This Stipulation is made in good faith and not for purposes of delay.

Dated this  31st  day of October, 2017.

ROGER P. CROTEAU & ASSOCIATES, LTD.   MARQUIS AURBACH COFFING

/s/ *Roger P. Croteau*
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
*Attorney for Defendant*
*Richard Weisman*

/s/ *Jason M. Gerber*
JASON M. GERBER, ESQ.
Nevada Bar No. 9812
10001 Park Run Drive
Las Vegas, Nevada 89145
702-634-5000
*Attorney for Plaintiffs*
*Holmquist and White*

PERRY & PERRY

/s/ *Shawn M. Perry*
SHAWN M. PERRY, ESQ. (pro hac vice)
Minnesota Bar No. 185000
Parkdale Plaza, Suite 336
1660 Highway 100 South
Minneapolis, MN 55416
952-546-3845
*Attorney for Plaintiffs*
*Holmquist and White*

**IT IS SO ORDERED**

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 1st day of November, 2017.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___31st___ day of October, 2017, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE SIMULTANEOUS BRIEFS** to the following parties:

| | |
|---|---|
| MARQUIS AURBACH COFFING<br>JASON M. GERBER, ESQ.<br>Nevada Bar No. 9812<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>702-634-5000<br>*Attorney for Plaintiffs*<br>*Holmquist and White* | PERRY & PERRY<br>SHAWN M. PERRY, ESQ. (pro hac vice)<br>Minnesota Bar No. 185000<br>Parkdale Plaza, Suite 336<br>1660 Highway 100 South<br>Minneapolis, MN 55416<br>952-546-3845<br>*Attorney for Plaintiffs*<br>*Holmquist and White* |

/s/ *Mindy B. Keck*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.